## Fannie Jackson *v*. State.

### [63 South. 269.]

CRIMINAL LAW. *Appeal and error. Jury. Evidence.*

The jury are the sole judges of the weight of the evidence and the credibility of the witnesses and the supreme court on appeal will not disturb their verdict where there was evidence, if believed, that justified the verdict, even though the court if sitting as a jury would have acquitted the defendant upon the evidence.

APPEAL from the circuit court of Lincoln county.

HON. D. M. MILLER, Judge.

Fannie Jackson was convicted of an unlawful sale of intoxicating liquor and appeals.

Appellant was convicted of the unlawful sale of intoxicating liquor. The testimony in the lower court was conflicting, and the defendant introduced evidence tending to show that the state's witness, when testifying in the circuit court, had contradicted the testimony in the magistrate's court. The case was submitted to a jury under instructions of the court, and a verdict of guilty returned, and the defendant appealed.

*A. J. Naul,* attorney for appellant.

*Frank Johnston,* assistant attorney-general, for appellee.

COOK, J., delivered the opinion of the court.

It is probable that this court, sitting as a jury, would have acquitted the defendant upon the evidence; but, as the jury are the sole judges of the weight of the evidence and the credibility of the witnesses, we are not authorized to disturb the verdict of the jury, where there was evidence, if believed, that justified the verdict.

*Affirmed.*